**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7495**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RONALD WAYNE LEWIS,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:07-cr-00104-JRS-1; 3:09-cv-00684-JRS)

Submitted: February 16, 2012    Decided: February 22, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald Wayne Lewis, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia; Kevin Christopher Nunnally, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Wayne Lewis seeks to appeal the district court's order denying his motion for reconsideration of the denial of his motion for a certificate of appealability with respect to the district court's February 28, 2011 order granting in part and denying in part his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. We conclude that Lewis failed to meet the standard for reconsideration of the order. See Hutchinson v. Stanton, 994 F.2d 1076, 1081 (4th Cir. 1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c)(1) (2006); Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED